IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JOSEPH A. STRAUB, | Bankruptcy No. 11-22174-REF |
| Debtor, | Adversary No. 12-654 |
| DAN ACEVEDO, et alia, | Chapter 7 |
| Plaintiffs, | |
| JOSEPH A. STRAUB, | |
| Defendant. | |

CONSENT ORDER

AND NOW this ___8___ day of May, 2013, upon consent of the parties following consultation with this Court, it is hereby ORDERED and ADJUDGED that the parties will file a joint pre-trial statement on or before June 14, 2013. It is FURTHER ORDERED that a pre-trial settlement conference will occur on June 19, 2013 at 9:45 a.m.

_____
Judge

_____
Vincent A. Coppola, Esquire
Counsel for the plaintiffs

_____
Robert Davison, Esquire
Counsel for Debtor Joseph Straub