UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: JOSEPH A. STRAUB, | : | Case No. 11-22174REF |
| Debtor | : | Chapter 7 |
| DAN ACEVEDO, ET AL., | : | |
| Plaintiffs | : | |
| v. | : | Adv. No. 12-0654 |
| JOSEPH A. STRAUB, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 3 day of June, 2014, for the reasons stated and upon the findings of fact and conclusions of law set forth in the accompanying Statement in Support of Order Entering Judgment in Favor of Plaintiffs and Against Defendant dated of even date herewith,

IT IS HEREBY ORDERED that JUDGMENT ON THE COMPLAINT IS ENTERED IN FAVOR OF PLAINTIFFS AND AGAINST DEFENDANT.

IT IS FURTHER ORDERED that the debt owed by Defendant to Plaintiffs is hereby found to be nondischargeable under 11 U.S.C. §523(a).

BY THE COURT

RICHARD E. FEHLING
United States Bankruptcy Judge